UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2179 |
| IN RE: OIL SPILL by the OIL RIG | : | |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**THIS DOCUMENT RELATES TO ALL CASES**

**PRETRIAL ORDER #1 (AMENDMENT)**
**Setting Initial Conference**

The Court **ORDERS** that Paragraph 4 of Pretrial Order #1 be

**AMENDED** to state the following:

4.  **DATE OF INITIAL CONFERENCE AND AGENDA FOR CONFERENCE** —

Matters relating to pretrial and discovery proceedings in these

cases will be addressed at an initial pretrial conference to be

held on **Thursday, September 16, 2010 at 2:30 p.m.** in Judge Carl

J. Barbier's courtroom, Room C-268, United States Courthouse, 500

Poydras Street, New Orleans, Louisiana.  Counsel are expected to

familiarize themselves with the *Manual for Complex Litigation,*

*Fourth* ("MCL 4th") and be prepared at the conference to suggest

procedures that will facilitate the expeditious, economical, and

just resolution of this litigation.  The items listed in MCL 4th

Sections 22.6, 22.61, 22.62, and 22.63 shall, to the extent applicable, constitute a tentative agenda for the conference. Counsel shall confer and seek consensus to the extent possible with respect to the items on the agenda, including a proposed discovery plan, amendment of pleadings, and consideration of any class action allegations and motions, and be prepared to select trial dates. Parties shall also submit an initial proposed case management order and, if necessary, shall submit suggestions for any other agenda items. As part of this proposed case management order, the parties shall suggest whether and how the consolidated cases should be grouped into separate tracks for purposes of pretrial discovery, motion practice, etc.

These documents shall be delivered to the Court **three full work days prior to the initial conference** by fax to (504) 589-4536, or in person to Judge Carl J. Barbier's Chambers, Room C-256, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, this   16th   day of    August   , 2010.


_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE